UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re: MANUEL & BLANCA S. RODRIGUEZ

EX PARTE Case No: 05-22962

Chapter 7

## APPLICATION FOR PAYMENT FROM UNCLAIMED FUNDS

The undersigned, Nancy C. McMillan, on behalf of Verizon Communications, Inc. applies to the Bankruptcy Court for the Eastern District of Michigan for entry of an order directing the Clerk of the Court to remit to the applicant the sum of $499.52, said funds having been deposited into the Treasury of the United States pursuant to order of this Court as unclaimed funds for creditor, Verizon Communications successor to Verizon.

Applicant further states that:

1. Applicant is the duly authorized representative for the entity named as the creditor. Applicant has reviewed records of the creditor and states that he has no knowledge of any other application for this claim being submitted by or at the request of this creditor. An Affidavit of Creditor is attached and made a part of this application.

If Applicant is either a family member of a deceased creditor or a successor in interest to the individual, entity or business named as the creditor an original power of attorney conforming to the official Bankruptcy Form and/or other supporting documents, including probate documents which indicate applicant's entitlement to this claim are attached and made a part of this application.

2. Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this Court, or that any party other than the applicant is entitled to submit an application for this claim.

Respectfully submitted July 28, 2010.

Verizon Communications, Inc.

By: s/Nancy C. McMillan
Nancy C. McMillan
American Property Locators, Inc.
3855 South Boulevard, Suite 200
Edmond, OK 73013
(405) 340-4900

Limited Power of Attorney

**KNOW ALL MEN BY THESE PRESENTS**, that Verizon Communications Inc., on behalf of itself as well as its subsidiaries ("Verizon"), hereby appoints American Property Locators, Inc., having its principal business address at 3855 South Boulevard, Edmond, OK 73013 (Finder"), its true and lawful attorney-in-fact to seek recovery of the lost or unclaimed property in the amount of $499.52 (the "Unclaimed Property"), specifically arising from the Manuel & Blanca S. Rodriguez Bankruptcy, Case No. 05-22962 filed in the EASTERN District of MICHIGAN.

Subject to the limitations in the next following sentence, Verizon further grants Finder authority to do whatever is necessary and proper in seeking recovery of the Unclaimed Property as fully as Verizon might or could do if personally present, hereby confirming all that Finder shall so lawfully do or cause to be done. Nevertheless, Finder shall have no authority to incur any financial obligation or to make any expenditure on Verizon's behalf, nor shall Finder have any authority to convert or deposit any Unclaimed Property or endorse any check, note or other instrument on Verizon's behalf or take any action which shall be prohibited under the Asset Recovery Agreement dated 4/28/2010 pertaining to the Unclaimed Property (the "Asset Recovery Agreement").

This Limited Power of Attorney shall be deemed to be a part of the Asset Recovery Agreement and, together with the Asset Recovery Agreement, shall constitute the sole and entire agreement between Verizon and Finder with respect to the recovery of the Unclaimed Property. This Limited Power of Attorney, and Finder's authority hereunder, shall terminate automatically and become null and void under the circumstances described in the Asset Recovery Agreement.

Signed this __8__ day of __July__, 2010.

VERIZON COMMUNICATIONS INC.

By: _(signature)_
Name: Andrew J. Murphy
Title: Manager

STATE OF     Delaware           )
                                ) ss.
COUNTY OF   New Castle          )

On the __8__ day of July, 2010, before me personally came Andrew J. Murphy to me known, who, being by me duly sworn, did depose and say that he is the Manager of Verizon, the corporation described in and which executed the foregoing instrument.

_(signature)_
Notary Public

My Commission expires: 4/20/2012

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re: Manuel & Blanca S. Rodriguez

Case No: 05-22962

Chapter 7

### AFFIDAVIT OF CREDITOR

Verizon Communications Inc., the undersigned creditor in the above referenced case declares as follows:

1. Nancy C. McMillan, of American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013, has been granted a power of attorney by me to submit an Application For Payment From Unclaimed Funds seeking payment of claim number 33, in the amount of $499.52 due and owing to me as a creditor in the above referenced bankruptcy case.

2. My name, position with the company, address and telephone number are as follows:

Andrew J. Murphy, Manager
Verizon Communications Inc.
3900 Washington Street, 2nd Floor
Wilmington, DE 19802
(302) 761-4211

3. Creditor History: Substantiate creditor's right to the claim, including but not limited to documents relating to sale of company, i.e., purchase agreements and/or stipulation by prior and new owner as to right of ownership. Attach certified copies of all necessary documentation.

4. I (or the company which I represent) have neither previously received remittance for this claim nor have contracted with any other party other than the person named in item one above to recover these funds.

I declare under penalty of perjury that the foregoing copy is true and correct.

Date: 7/8/2010          Verizon Communications Inc.

By: _____
       Creditor

Tax ID# ████9884

STATE OF Delaware    )
                     ) ss.
COUNTY OF New Castle )

Sworn to and subscribed before me this
_8_ day of July, 2010.

_____
Notary Public

My Commission Expires:  4/20/2012



**verizon**

3900 Washington Street, Floor 2
Wilmington, DE 19802
Phone 302 761-4211
Fax 302 761-4228

**Drew Murphy, CTP**
Banking Manager

andrew.j.murphy@verizon.com

## CERTIFICATE OF MAILING

      I hereby certify that on July 28, 2010, I have mailed a true and correct copy of the foregoing APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ. to:

U.S. Attorney
101 First St., Suite 200
Bay City, MI 48708

      s/Nancy C. McMillan

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re: MANUEL & BLANCA S. RODRIGUEZ        Case No:    05-22962

Chapter 7

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon application and in accordance with the provisions of 28 U.S.C. Section 2042, that following a review of the sufficiency of the Affidavit of Claimant information that the claimant is properly entitled to said funds, and that the U.S. Attorney for the Eastern District of Michigan was provided a copy of this application with a proof of service attached to the application,

IT IS ORDERED that the Clerk of the U.S. Bankruptcy Court remit the sum of Four Hundred Ninety-Nine and 52/100 Dollars ($499.52) of unclaimed funds held in the U.S. Treasury to:

Verizon Communications, Inc.
c/o Nancy C. McMillan
American Property Locators, Inc.
3855 S. Boulevard, Ste. 200
Edmond, Oklahoma, 73013

Daniel S. Opperman
United States Bankruptcy Judge

Dated: _____